IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    14-cv-00922-CBS

TARA M. HOUCK,

Plaintiff,

v.

SCOTT LOWERY LAW OFFICE, P.C. d/b/a P. SCOTT LOWERY, P.C.,

Defendant

---

### ORDER GRANTING STIPULATED MOTION FOR DISMISSAL
### WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(1)(A)(ii)
---

This matter comes before the Court on the parties' Stipulated Motion for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Court, having reviewed the file and being duly advised of the premises, hereby ORDERS that the action be dismissed with prejudice.  All settings in this matter are hereby VACATED and each party is ORDERED to bear his/her/its' own costs and fees.

DATED at Denver, Colorado, on August 5, 2014.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge